UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-01681 |
| | § | |
| $21,000.00, U.S. CURRENCY, | § | |
| Defendant in rem | § | |

### AGREED FINAL JUDGMENT

It is ORDERED that:

1.  $10,500 of Defendant in rem is forfeited to the United States.
    The United States Department of Homeland Security shall
    legally dispose of these funds;

2.  The United States Department of Homeland Security shall
    return to Jung Yoon Hyune, Claimant, $10,500 of Defendant in
    rem (less any debt owed to the United States, any agency of the
    United States, or any other debt in which the United States is
    authorized to collect) by sending a check payable to Jung Yoon
    Hyune, c/o Steve Changkee Bae, Bae Law Firm, 800 W Sam
    Houston Pkwy N, Ste 300, Houston, TX 77024;

Page 1 of 2

3.    The Claimant will hold the United States, including its employees,

agents, and assignees, harmless for any damages or causes of action

relating to this action;

4.    All parties will bear their costs including attorneys' fees; and

This is a Final Judgment.

Signed on October 12, 2010.

_____
Lee H. Rosenthal
United States District Judge


Agreed as to form and substance:

_____
Jung Yoon Hyune, Claimant

_____
Steve Changkee Bae
Attorney for Claimant


s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney